# United States Bankruptcy Court
## Southern District of Florida

In re  Skiview II Inc., a Delaware corporation  
Debtor(s)

Case No.  
Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                   $   7,500.00  
   Prior to the filing of this statement I have received                          $   7,500.00  
   Balance Due                                                                    $       0.00

2. $ 1,213.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):   GA Design & Development, Inc.

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      As more fully defined in the retainer agreement.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   The following additional fees shall apply:
   Motion to Reinstate  or Shorten Prejudice Period- $500.00
   Motion to Modify Chapter 13 Plan- $500.00
   Voluntary Motion to Dismiss - $500.00
   Motion to Allow Sale of Property - $750.00
   Motion to Value/Strip related to Real Property - $750.00
   Motion to Value/Strip related to Personal property - $500.00
   Each motion carries an additional cost retainer of $25.00
   If any motion is filed on an emergency basis an additional $500.00 will be charged.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

February 11, 2014  
Dated

/s/ Sherri B. Simpson, Esq.  
Attorney for Debtor(s):  
Sherri B. Simpson, Esq. 0869491  
Law Offices of Sherri B. Simpson, P.A.  
507 S.E. 11th Court  
Fort Lauderdale, FL 33316  
(954) 524-4141  Fax: (954) 763-5117