# United States Bankruptcy Court
## Southern District of Florida

In re: Skiview II Inc., a Delaware corporation

Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Skiview II Inc., a Delaware corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| February 11, 2014 | /s/ Sherri B. Simpson, Esq. |
| Date | Sherri B. Simpson, Esq. 0869491 |
| | Signature of Attorney or Litigant |
| | Counsel for   Skiview II Inc., a Delaware corporation |
| | Law Offices of Sherri B. Simpson, P.A. |
| | 507 S.E. 11th Court |
| | Fort Lauderdale, FL 33316 |
| | (954) 524-4141 Fax:(954) 763-5117 |
| | sbsimpson@simpson-law-group.com |