# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Fort Lauderdale Division

In re:

Case No. 14-13218-JKO
Chapter 11

SKIVIEW II INC,
a Delaware corporation

_____ Debtor ____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, SKIVIEW II INC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): 2/11/14

2. Names, case numbers and dates of filing of related debtors:    n/a

3. Description of debtor's business: Purchases, renovates and resells residential real estate.

4. Locations of debtor's operations and whether the business premises are leased or owned:
Office located at 1915 NE 45 St., Fort Lauderdale, FL 33308 (premises leased)

5. Reasons for filing chapter 11:
foreclosure sale of residential property scheduled prior to short sale closing took place.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
Robert Dziurgot, no salary or benefits taken

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
2014 - no income
2013 $26,400

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations: None

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

   1. 2415 NE 8 St., Fort Lauderdale, FL 33304 Value $400,000

      Encumbered by first mortgage held by SunTrust Mortgage in the amount of approximately $422,000

   2. 2601 NE 11 Ct., Fort Lauderdale, FL 33304 Value $363,515

      Encumbered by first mortgage in the amount of approximately $450,000

   c. Amount of unsecured claims: $46,400

9. General description and approximate value of the debtor's assets:

   Two parcels of real estate valued at $763,515

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    a. 2601 NE 11 Ct., Fort Lauderdale
       Citizens Insurance Policy FRJW4814772-05-00 Policy coverage from 12.28.13 - 12/28/14 (windstorm and hazard) Policy is current. Not in flood zone so flood insurance not required

    b. 2415 NE 8 St Fort Lauderdale
       Praetorian Insurance Company, Policy No 70060002, Control Number LRE330012929 Policy coverage 10/1/13 - 4/1/14. Premium is current. (Windstorm and hazard) Not in flood zone so flood insurance not required.

11. Number of employees and amounts of wages owed as of petition date: None

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): None

13. Anticipated emergency relief to be requested within 14 days from the petition date: Motion to Allow Capital Infusion.

_____
Signature
Robert Dziurgot, President

_____
Signature
Sherri B. Simpson
FBN: 869491
507 SE 11 Ct.
Fort Lauderdale, FL 33316
Tel: 954.524.4141
Fax: 954.763.5117