# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                             Case No. 14-13218-JKO
                                                                   Chapter 11

SKIVIEW II INC.,
a Delaware corporation,
_____Debtor_____/

## STATEMENT PURSUANT TO 11 U.S.C. §1116(1)(A)

The Debtor-in-Possession, SKIVIEW II INC., a Delaware corporation, certifies under penalty of perjury the following pursuant to 11 U.S.C. §1116(1)(A):

1. A true and correct copy of a balance sheet is attached hereto;
2. A true and correct copy of a monthly cash flow statement is attached hereto;
3. No statement of operations has ever been prepared as this entity is a real estate investment company that purchases and rehabs real property for resale;
4. A true and correct copy fo the 2012 tax return is attached hereto.

Dated: February 17, 2014

Under penalty of perjury I declare that I, Robert Dziurgot, am the President of the Debtor in Possession and that I have prepared and or submitted the foregoing statements and tax return and that they are true and correct copies of the same.



_____/s_____
ROBERT DZIURGOT

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1 (A).

Law Offices of Sherri B. Simpson, P.A.
Attorney for Debtor
644 S.E. 5th Avenue
Fort Lauderdale, Florida 33301
Tel: (954) 524-4141
Fax: (954) 763-5117
email: sbsimpson@simpson-law-group.com

By:___/s/ Sherri Simpson_____
    Sherri B. Simpson, Esq.
    Fla. Bar No. 0869491

SKIVIEW II INC

BALANCE SHEET

FEBRUARY 11, 2014

ASSETS

| | |
|---|---|
| Cash | $50.00 |
| Real Estate | |
| 2601 NE 11th Court | $363,515 |
| 2415 NE 8th St. | $400,000 |
| Total assets | $763,565 |

LIABILITIES

| | |
|---|---|
| Secured Debt | |
| 2601 NE 11th Court (1st Mortgage) | $450,000 |
| 2415 NE 8th St. (1st Mortgage) | $422,000 |
| Unsecured debt | $ 46,400 |
| Total Liabilities | $918,400 |
| Stock holder equity | (154,835) |

# MONTHLY CASH FLOW

# SKIVIEW II INC.

## EXPENDITURES MONTHLY

| | |
|---|---|
| Lawn and Pool Service | $390.00 |
| Utilities (water+elec.) | $450.00 |
| Repairs | $1900.00 (estimate)* |
| Insurance | $500.00 |
| Taxes | $1245.00 |
| Total expenditures | $4975.00 |

- Property at 2601 NE 11th Court needs work to place it in a condition for sale. Property located at 2415 Ne 8th St. has all of the work completed for a sale.